# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11443-ELF

SEAN SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SEAN SCOTT

    5830 ADDISON STREET

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    JAMES P. MCGARRITY ESQ.
    1500  JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

Date: 10/12/2022

                                        /S/ Kenneth E. West
                                        _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee