**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sean Scott<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　Movant<br>　　vs.<br>Sean Scott<br>　　　　　　　Debtor(s)<br>Hattie McCoy<br>　　　　　　　Co-Debtor<br>Kenneth E. West<br>　　　　　　　Trustee | NO. 22-11443 PMM<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this  15th  day of  March , 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

　　　　　　　　　　　　　　　　　　　　　　_Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge